UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA SILVA-MARKUS,

                Plaintiff,

       - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; TILSA RODRIGUEZ-
GONZALEZ, in her Official and Individual
Capacity as PRINCIPAL OF THE HIGH
SCHOOL FOR CONTEMPORARY ARTS,

              Defendants.

**<u>ORDER</u>**

19 Civ. 4335 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following briefing schedule will apply to

Plaintiff's Motion to Amend the Complaint (<u>see</u> Dkt. Nos. 35, 36):

- Opposition papers are due by **Friday, November 6, 2020**;

- Any reply is due by **Friday, November 13, 2020**.

Dated:  New York, New York
       October 15, 2020

                      SO ORDERED.

                      _____
                      Paul G. Gardephe
                      United States District Judge