UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA SILVA-MARKUS,
                     Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION and TILSA RODRIGUEZ-
GONZALEZ, in her official capacity as
Principal of the High School for Contemporary
Arts, and in her individual capacity,
                     Defendants.
-------------------------------------------------------------X

19 **CIVIL** 4335 (PGG)(SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2022, the R&R is adopted and Plaintiff's motion to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York
         March 11, 2022

RUBY J. KRAJICK
_____
Clerk of Court
BY: _____
Deputy Clerk